**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| MICHELLE LEAL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )  Case No.: 2:13 CV 318 |
| TSA STORES, INC., d/b/a | ) |
| THE SPORTS AUTHORITY, | ) |
| URBAN EXPRESS ASSEMBLY, LLC, | ) |
| and EAST COAST CYCLE SUPPLY, INC. | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO EAST COAST CYCLE SUPPLY'S SUR-RESPONSE IN OPPOSITION TO SUMMARY JUDGMENT

Co-Defendant East Coast Cycle Supply, contrary to Local Rule 56-1, filed a sur-response in opposition to the Motion for Summary Judgment filed by Urban Express Assembly, LLC. In part, the sur-response was based upon the notion that ECCS could not adequately respond to Urban Express's Motion because ECCS was awaiting certain discovery responses from Urban Express.

Urban Express filed its Motion for Summary Judgment on September 5, 2013, when this matter was pending in the Porter (Ind.) Superior Court. At a preliminary pretrial conference on December 12, 2013, Magistrate Judge Cherry allowed the parties to and including April 1, 2014 in which to respond to the Motion for Summary Judgment, and allowed the parties nearly five months so that they could conduct such discovery. As of this date, Urban Express has answered ECCS's discovery, which initially was served on February 21, 2014. Had ECCS requested additional time in which to file its summary judgment response, because of the purported necessity of these

1

discovery responses, Urban Express hardly could have objected. Nevertheless, ECCS elected to go forward with its response and to base its response upon supposition. The discovery at issue is attached to this Motion. It is consistent with the what Urban Express already has filed and contended in this matter. Nevertheless, to the extent that ECCS contends that these discovery responses are essential to the Court's determination of the merit of the Defendant's Motion, they are attached to this document.

Respectfully submitted,

MEILS THOMPSON DIETZ & BERISH

By: _/s/ John W. Mervilde_____
Rick D. Meils (#9130-49)
John W. Mervilde (#21738-49)
Attorneys for Urban Express Assembly, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2014, a copy of the foregoing document was served via the Court's ECF system upon:

Colby A. Barkes
BLACHLY TABOR BOZIK & HARTMAN
56 South Washington Street, Suite 401
Valparaiso, IN 46383

Daniel G. Suber
Lizabeth Hopkins
Kathryn C. Adams
DANIEL G. SUBER & ASSOCIATES
212 E. Lincolnway, Suite 201
Valparaiso, Indiana 46383

Brock P. Alvarado
KOPKA PINKUS DOLIN & EADS, PC
9801 Connecticut Drive
Crown Point, Indiana 46307

_/s/ John W. Mervilde_
John W. Mervilde (#21738-49)

Rick D. Meils
John W. Mervilde
MEILS THOMPSON DIETZ & BERISH
Two Market Square Center
251 East Ohio Street, Suite 830
Indianapolis, IN 46204
317/637-1383