IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| MICHELLE LEAL, | ) | Cause No. 2:13-cv-318 |
|     Plaintiff | ) | |
| | ) | |
|  -v- | ) | |
| | ) | |
| TSA STORES, INC., d/b/a | ) | |
| THE SPORTS AUTHORITY, | ) | |
| URBAN EXPRESS ASSEMBLY, | ) | |
| LLC and EAST COAST | ) | |
| CYCLE SUPPLY, INC. | ) | |
|     Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
RESPONSE IN OPPOSITION TO DEFENDANT, URBAN EXPRESS ASSEMBLY'S
MOTION FOR SUMMARY JUDGMENT PURSUANT TO
THIS HONORABLE COURT'S ORDER DATED MAY 14, 2014**

Plaintiff, Michelle Leal, by counsel, Colby A. Barkes, of Blachly, Tabor, Bozik & Hartman, LLC, pursuant to this Honorable Court's Order dated May 14, 2014, respectfully requests the Court allow the filing of Plaintiff's Response in Opposition to Defendant's, Urban Express Assembly, LLC, Motion for Summary Judgment, which is submitted as an attachment (Attachment "A") to this Motion, along with Plaintiff's Appendix in Support (Attachment "B") and exhibits thereto, and in support of this request, Plaintiff states as follows:

1. Defendants TSA Stores, Inc., d/b/a The Sports Authority ("TSA") and East Coast Cycle Supply, Inc. ("East Coast"), have indicated they did not object to Plaintiff filing for leave to submit her Response Brief and supporting Appendix, and have further indicated they would prefer the same to the alternative of filing additional cross-motions pursuant to <u>Meinert v. U. S. Steel Corp</u>., 2014 WL 772613 (Feb. 25, 2014).

1

2. Defendant, Urban Express Assembly LLC ("Urban Express") will not be prejudiced by this filing since there is no hearing date; discovery continues; and the other Defendants, TSA and East Coast, had previously filed their own response that is of similar content and/or substantially the same, and Urban Express had previously replied thereto.

3. The Court's Order dated May 14, 2014, suggests that Plaintiff may wish to file the attached Response Brief and further suggested Plaintiff request leave to file same in order to address the issues presented in <u>Meinert</u>.

4. It appears from <u>Meinert</u> that in order to avoid the need for Defendants, TSA and East Coast to file cross-motions to preserve objections to a Motion for summary judgment the Plaintiff needs to respond to same. <u>Id</u>. Plaintiff did not respond to Urban Express' motion originally. In order to increase judicial efficiency and dispense with the need for Defendants, TSA and East Coast to file cross motions to preserve their individual responses to Urban Express' Motion for Summary Judgment, Plaintiff seeks leave to file the attached Response Brief and supporting Appendix.

WHEREFORE, Plaintiff, by counsel, respectfully requests that this Court grant her leave of Court to file a Response Brief, and requests the Court allow the filing of Plaintiff's Response in Opposition to Defendant's, Urban Express Assembly, LLC, Motion for Summary Judgment (submitted as Attachment "A" hereto) along with Plaintiff's Appendix in Support of Plaintiff's Response in Opposition to Defendant's, Urban Express Assembly, LLC, Motion for Summary Judgment and its exhibits, (submitted as Attachment "B" hereto), and for all other just and proper relief in the premises.

Respectfully Submitted,

BLACHLY, TABOR, BOZIK & HARTMAN

/s/ Colby A. Barkes
Colby A. Barkes (Atty. No. 26251-64)
56 South Washington St., Suite 401
Valparaiso, In 46383
Tel: (219) 464-1041
Fax: (219) 464-0927
cabarkes@lawyersonthesquare.com

**CERTIFICATE OF SERVICE**

I certify that on the 13th day of June 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to the following CM/ECF participants: Daniel G. Suber: Suberlawgroup@aol.com; Brock P. Alvarado: bpalvarado@kopkalaw.com and Rick D. Meils: rmeils@meilsattorney.com

BLACHLY, TABOR, BOZIK & HARTMAN

By:   /s/ Colby A. Barkes