# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

MICHELLE LEAL,                                )
                                             )
                    Plaintiff,               )
                                             )
vs.                                          )    Case No.:  2:13-cv-00318-WCL-PRC
                                             )
                                             )
TSA STORES, INC., d/b/a                      )
THE SPORTS AUTHORITY,                        )
URBAN EXPRESS ASSEMBLEY, LLC,                )
and EAST COAST CYCLE SUPPLY,                 )
INC.,                                        )
                                             )
                    Defendants.              )

## MOTION FOR SUMMARY JUDGMENT
## OF DEFENDANT, EAST COAST CYCLE SUPPLY, INC.

COMES NOW the defendant, EAST COAST CYCLE SUPPLY, INC., by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and hereby moves the Court to enter summary judgment in its favor and against the plaintiff on the grounds that there exists no genuine issue of material fact and the defendant is entitled to judgment as a matter of law. In support of this Motion, defendant would show the Court as follows:

1.    There is insufficient evidence to support any claim of product liability or product negligence against East Coast Cycle Supply, Inc., in this matter.

2.    There is no evidence that East Coast Cycle Supply, Inc., engaged in any negligent or substandard conduct within the recognized bicycle design industry and, thus, there is no causal nexus between any act or omission of East Coast Cycle Supply, Inc., and any injuries plaintiff claims.

3.    Plaintiff fails to advance any expert testimony establishing the applicable standard of care for a mere bicycle designer such as East Coast Cycle Supply, Inc., in support of her claims of product liability or product negligence.

4.     Plaintiff fails to advance any expert testimony establishing any breach of the applicable standard of care by a bicycle designer such as East Coast Cycle Supply, Inc., in support of her claims of product liability and/or product negligence.

5.     Plaintiff fails to advance any expert testimony establishing that the alleged claimed defect in the bicycle was due to a dangerous design defect.

6.     Plaintiff fails to advance any expert testimony to contest the un-controverted evidence that any defect in the subject bicycle was solely due to an *assembly* failure and not a *design* defect.

In support of this Motion, defendant relies upon the pleadings, depositions, interrogatory answers, production responses and admissible evidence specifically designated in the accompanying Memorandum in Support of Motion for Summary Judgment and Appendix in Support of Motion for Summary Judgment which is incorporated herein by reference.

WHEREFORE, the defendant, East Coast Cycle Supply, Inc., prays the Court grant its Motion and enter summary judgment in its favor and against the plaintiff, for dismissal with prejudice from this suit, and for all other just and proper relief in the premises.

By:     */s/Brock P. Alvarado*
       Brock P. Alvarado (#16348-45)
       9801 Connecticut Drive
       Crown Point, IN  46307
       Telephone: (219) 794-1888

## CERTIFICATE OF SERVICE

I hereby certify that on the _11th_ day of July, 2014, I electronically served the foregoing with Counsel of Record which sent notification to the following:

Colby Barkes
Blachly, Tabor, Bozik & Hartman
56 S. Washington Street
Suite 401
Valparaiso, IN 46563

Rick Meils
Meils Thompson Dietz & Berish
Two Market Square Center
251 East Ohio Street
Suite 830
Indianapolis, IN 46204

Daniel G. Suber
Lizabeth R. Hopkins
Kathryn C. Adams
259 W. Indiana Avenue
Valparaiso, IN 46383

By: _/s/ Brock P. Alvarado_
       Brock P. Alvarado