# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| MICHELLE LEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 2:13 CV 318 |
| TSA STORES, INC., d/b/a ) | |
| THE SPORTS AUTHORITY, ) | |
| URBAN EXPRESS ASSEMBLY, LLC, ) | |
| and EAST COAST CYCLE SUPPLY, INC. ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR SUMMARY RULING ON DEFENDANT EAST COAST CYCLE SUPPLY, INC.'S MOTION FOR SUMMARY JUDGMENT**

Comes now Defendant East Coast Cycle Supply, Inc., by counsel Tracey S. Wetzstein of Kopka Pinkus Dolin, P.C., and for its Motion for Summary Ruling on its Motion for Summary Judgment, states as follows:

1. On July 11, 2014, Defendant East Coast Cycle Supply, Inc. (hereinafter "East Coast Cycle"), filed its Motion for Summary Judgment, Memorandum in Support of the Motion, and its Appendix with Exhibits. [DE 57, 58, 59.]

2. In support of its Motion and Memorandum, East Coast Cycle provided affirmative evidence that:

    a. East Coast Cycle only *designs* bicycles, *i.e.*, creates and makes a plan for the construction of the form and structure of a bicycle, which results in a drawing or blueprint [DE 59-4, p. 2, ¶¶ 3, 4, 5.]

    b. The cause of the malfunction of plaintiff's bicycle was due to an assembly issue, not a design defect. [DE 59-5, p. 3, ¶¶ 10, 11, 12.]

3. Pursuant to N.D. Ind. L.R. 56-1(b)(1), the Plaintiff was required to file and serve a response brief and any materials that the Plaintiff contended raise a genuine dispute on or before **August 8, 2014**. Plaintiff did not file any response, or ask for an extension of time.

4. And, if a party fails to properly support an assertion of fact or fails to properly address another party's assertion of fact as required by Rule 56(c), the court may… grant summary judgment if the motion and supporting materials—including the facts considered undisputed—show that the movant is entitled to it. Fed. R. Civ. P. 56(e).

5. Plaintiff has not provided any facts or expert opinions that would indicate that the cause of Plaintiff's fall was a design issue, or in some way East Coast Cycle's negligence.

6. Defendant East Coast Cycle has demonstrated that summary judgment in its favor is warranted, and that Plaintiff has not, and cannot, establish that a genuine factual dispute exists.

7. Defendant East Coast Cycle respectfully requests this Court summarily rule in its favor on this Defendant's Motion for Summary Judgment under N.D. Ind. L.R. 7-1(d)(4).

WHEREFORE, Defendant East Coast Cycle Supply, Inc., prays that this Court grant its Motion for a Summary Ruling, grant its Motion for Summary Judgment, and for all other necessary and proper relief.

    Respectfully Submitted,

By:   */s/Tracey S. Wetzstein*
     Tracey S. Wetzstein (#20790-45)
     9801 Connecticut Drive
     Crown Point, IN 46307
     Telephone: (219) 794-1888

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record:

Colby Barkes
Blachly, Tabor, Bozik & Hartman
56 S. Washington Street
Suite 401
Valparaiso, IN 46563
cabarkes@lawyersonthesquare.com

Rick Meils
Meils Thompson Dietz & Berish
Two Market Square Center
251 East Ohio Street
Suite 830
Indianapolis, IN 46204
rmeils@meilsattorney.com

Daniel G. Suber
Lizabeth R. Hopkins
Kathryn C. Adams
259 W. Indiana Avenue
Valparaiso, IN 46383
suberlawgroup@aol.com


By: /s/ *Tracey S. Wetzstein*
      Tracey S. Wetzstein