IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MICHELLE LEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CASE NO.: 2:13-CV-00318-WCL-PRC |
| ) | |
| TSA STORES, INC. d/b/a THE ) | |
| SPORTS AUTHORITY, URBAN ) | |
| EXPRESS ASSEMBLY, LLC, ) | |
| And EAST COAST CYCLE ) | |
| SUPPLY, INC., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT, TSA STORES, INC. d/b/a THE SPORTS AUTHORITY'S, MOTION FOR SUMMARY JUDGMENT

Comes now the Defendant, TSA Stores, Inc. d/b/a The Sports Authority, by counsel, Daniel G. Suber & Associates, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Court to enter judgment in its favor and against the Plaintiff, Michelle Leal, on the basis that there is no genuine dispute as to any material fact and that the Defendant is entitled to judgment as a matter of law. In support of said motion, the Defendant files its Memorandum of Law and Designation of Evidence contemporaneously herewith.

**WHEREFORE**, the Defendant, TSA Stores, Inc. d/b/a The Sports Authority, prays that this Court will enter summary judgment in its favor and against the Plaintiff and for all further relief just and proper in the premises.

Respectfully submitted:

By: */s/ Daniel G. Suber*_____
Daniel G. Suber, #21173-45
Kathryn C. Adams, #30973-64
Attorneys for Defendant, TSA Stores, Inc.
d/b/a The Sports Authority

DANIEL G. SUBER & ASSOCIATES
259 W. Indiana Avenue, Suite A
Valparaiso, Indiana 46383
Tel: (219) 548-2880
Fax: (219) 548-2881

## Certificate of Service

I hereby certify that on the 7th day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Colby Barkes
Blachly, Tabor, Bozik & Hartman
56 S. Washington Street, Suite 401
Valparaiso, IN 46383

John W. Mervilde
Meils Thompson Dietz & Berish
Two Market Square Center
251 East Ohio Street, Suite 830
Indianapolis, IN 46204

Tracy S. Wetzstein
Kopka, Pinkus, Dolin & Eads, P.C.
9801 Connecticut Drive
Crown Point, IN 46307

Jessica Williams Schnelker
Frost Brown Todd LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

s/ *Daniel G. Suber*
DANIEL G. SUBER
Attorney No. 21173-45
Daniel G. Suber & Associates
259 Indiana Avenue, Suite A
Phone: (219) 548-2880
Fax: (219) 548-2881
Email: suberlawgroup@aol.com
Attorneys for Defendant
TSA Stores, Inc. d/b/a The Sports Authority