IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| MICHELLE LEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CASE NO.: 2:13-CV-00318-WCL-PRC |
| | ) | |
| TSA STORES, INC. d/b/a THE SPORTS AUTHORITY, URBAN EXPRESS ASSEMBLY, LLC, And EAST COAST CYCLE SUPPLY, INC., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, TSA STORES, INC. d/b/a THE SPORTS AUTHORITY'S, APPENDIX IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Comes now the Defendant, TSA Stores, Inc. d/b/a The Sports Authority, by counsel, Daniel G. Suber & Associates, and files its Appendix in Support of its Motion for Summary Judgment, as follows:

1. Exhibit 1 – Plaintiff's Second Amended Complaint.
2. Exhibit 2 – Deposition of Robert Leal.
3. Exhibit 3 – Bicycle Sales/Repair Ticket No. 3126299 (also found as Exhibit 1 to the Deposition of Robert Leal).
4. Exhibit 4 – Delivery, Assembly and Installation Services Agreement dated February 1, 2011 (also attached as Exhibit A to the Affidavit of Don Schmiege).
5. Exhibit 5 – Affidavit of Don Schmiege.

Respectfully submitted:

By: */s/ Daniel G. Suber*_____

Daniel G. Suber, #21173-45
Kathryn C. Adams, #30973-64
Attorneys for Defendant, TSA Stores, Inc.
d/b/a The Sports Authority

**DANIEL G. SUBER & ASSOCIATES**
259 W. Indiana Avenue, Suite A
Valparaiso, Indiana 46383
Tel:  (219) 548-2880
Fax: (219) 548-2881

## Certificate of Service

I hereby certify that on the 7th day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Colby Barkes
Blachly, Tabor, Bozik & Hartman
56 S. Washington Street, Suite 401
Valparaiso, IN 46383

John W. Mervilde
Meils Thompson Dietz & Berish
Two Market Square Center
251 East Ohio Street, Suite 830
Indianapolis, IN 46204

Tracy S. Wetzstein
Kopka, Pinkus, Dolin & Eads, P.C.
9801 Connecticut Drive
Crown Point, IN 46307

Jessica Williams Schnelker
Frost Brown Todd LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

*s/ Daniel G. Suber*
DANIEL G. SUBER
Attorney No. 21173-45
Daniel G. Suber & Associates
259 Indiana Avenue, Suite A
Phone: (219) 548-2880
Fax: (219) 548-2881
Email: suberlawgroup@aol.com
Attorneys for Defendant
TSA Stores, Inc. d/b/a The Sports Authority